UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARSHALL JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:10 CV 1221 RWS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on appeal from an adverse ruling of the Social Security Administration. This matter was referred to United States Magistrate Judge Lewis M. Blanton for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). On August 17, 2011, Magistrate Judge Blanton filed his recommendation that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner be reversed and the case be remanded to the Commissioner for further proceedings. No objections to the report and recommendation were filed.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Blanton set forth in support of his recommended ruling noted in the Report and Recommendation of August 17, 2011 and will reverse the decision of the Commission and remand the case to the Commissioner for further proceedings consistent with Judge Blanton's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated August 17, 2011 [#27] is adopted in its entirety.

**IT IS FURTHER ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings consistent with the adopted Report and Recommendation.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

<span style="float:right">_____<br>RODNEY W. SIPPEL<br>UNITED STATES DISTRICT JUDGE</span>

Dated this 2nd day of September, 2011.